UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, New Jersey 07601
Telephone: (201) 705-1470
Facsimile: (201) 705-1472

In Re:
FRENCHTOWN DRUG STORE, INC.,
　　　　　　　　　　Debtor.

FRENCHTOWN DRUG STORE, INC.,
　　　　　　　　　　Plaintiff,
v.
ROCHESTER DRUG COOPERATIVE, INC.,
　　　　　　　　　　Defendant.

Case No.: 14-23943
Chapter: 11
Adv. No.: 15-02117
Hearing Date:
Judge: Hon. Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Moshie Solomon :

   ☒ represent Rochester Drug Cooperative, Inc. in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On November 11, 2015, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **Application For Admission Pro Hac Vice of Michael S. Weinstein, Esq., and the Certification of Michael S. Weinstein, Esq. in support thereof, and Proposed Order**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 11, 2015            /s/ Moshie Solomon
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Grace Michelle Deon, Esq.<br>Eastburn and Gray, P.C.<br>60 East Court Street<br>PO Box 1389<br>Doylestown, PA 18901 | Counsel for Plaintiff and the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |