UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Grace M. Deon, Esquire
Attorney No.  048671992
Eastburn & Gray, P.C.
60 East Court Street
Doylestown, Pa. 18901
(215) 345-7000

Counsel for Debtors and Debtors in Possession

**Order Filed on December 1, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Frenchtown Drug Store, Inc.

Frenchtown Drug Store, Inc.

                          Plaintiff(s)

v.

Rochester Drug Cooperative

                          Defendant(s)

Case No.:   2015-23943
Hearing Date: _____
Adv. No.:   2105-02117
Judge:   Kathryn Ferguson

## JOINT ORDER SCHEDULING
## PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 1, 2015**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A pretrial conference having been scheduled pursuant to *Fed.R.Civ.P.* 16(b) and (e), made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, it is

ORDERED that

1. All discovery is to be completed by \_\_\_\_April 29, 2016\_\_\_\_. Any motions to compel discovery are to be made so that the Court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.

2. All other motions must be filed not later than \_\_\_\_May 20, 2016\_\_\_\_, and returnable not later than \_\_\_\_~~June 3, 2016~~ June 21, 2016\_\_\_\_. Late filed motions will not constitute cause for an adjournment of the trial date.

3. Each party must pre-mark the exhibits which may be used at trial.

4. 14 days before trial each party must:

    (a) serve a copy of the pre-marked exhibits on each opposing party and provide one bound copy of the exhibits to the Court in Chambers (not to be docketed by the Clerk); and

    (b) file, and serve on each opposing party a list of witnesses.

5. All exhibits will be admitted into evidence and witnesses permitted to testify unless a written objection has been filed 7 days before the trial date. Only parties identified on the witness list will be permitted to give testimony.

6. Any party intending to introduce deposition testimony at trial must serve on each opposing party and file copies of the transcript pages with excerpts highlighted.

7. Within 14 days from the conclusion of the trial, unless such time is extended by the Court, each party must file, and serve on each opposing party, separately numbered proposed findings of fact and conclusions of law with supporting citations.

8. Trial will begin on \_\_\_July 20, 2016\_\_\_ at \_\_\_10:00 a.m.\_\_\_ or as soon as the matter may be heard, at:

UNITED STATES BANKRUPTCY COURT
Address:        402 East State Street
                Trenton, NJ 08608
                _____
Courtroom no:   2_____

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. UNDER D.N.J. LBR 5071-1, PARTIES REQUESTING AN ADJOURNMENT MUST SUBMIT LOCAL FORM,** *ADJOURNMENT REQUEST,* **VIA CHAMBERS EMAIL NOT LATER THAN 3 DAYS BEFORE THE TRIAL DATE.**

*rev.8/1/15*